# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN COHEN<br><br>         Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY<br><br>         Defendant. | CASE NO: 8:19-cv-01506-DOC-(DFMx)<br><br>**JUDGMENT IN FAVOR OF DARREN COHEN** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Darren Cohn ("Cohen") and against Defendant Aetna Life Insurance Company. The Court finds, as set forth in its July 27, 2020 Findings of Fact, Conclusions of Law, and Trial Order, that Cohen is disabled from "any reasonable occupation" pursuant to the terms of the SPEC, Inc. Long-Term Disability Plan ("Plan). As such, the Court overturns Aetna's denial of Cohen's claim for long-term disability benefits.

1      Plaintiff is awarded past-due long-term disability benefits from Aetna for the period of July 24, 2018 through July 27, 2020 in the amount of $115,833.20, payable within 30 days from the date of judgment.

     Plaintiff is further awarded prejudgment interest at the rate of TBD, plus post judgment interest at the rate of TBD. Prejudgment interest and court costs are also ordered to be paid within 30 days from the date of determination.

     Plaintiff is further entitled to recover costs in the amount of TBD at a later date by Clerk's Office. As Plaintiff is the prevailing party, he is entitled to attorneys' fees in the amount of TBD by the Court.

     Plaintiff's monthly long-term disability benefits are reinstated, effective July 28, 2020.

DATED: January 13, 2021

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Judge